## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

K.D.,

      Petitioner,

      v.

CRAIG A. LOWE, Warden, Pike
County Correctional Facility, et al.,

      Respondents.

CIVIL ACTION NO. 3:26-cv-01681

(SAPORITO, J.)

## ORDER

AND NOW, this 14th day of July, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The petition (Doc. 1) is **GRANTED**;

2.    The government shall either provide K.D.[1] with an individualized bond hearing **within twenty-one (21) days** after entry of this order or release K.D. on his own recognizance, pursuant to 8 U.S.C. § 1226(a);

3.    At this individualized bond hearing, the government shall bear the burden of proving by clear and convincing evidence that the

---

[1] We note that this petitioner has been granted leave to proceed anonymously in this case. For record purposes, his full identity has only been disclosed under seal. *See* Doc. 16 (sealed).

petitioner's continued detention is necessary to prevent him from fleeing or harming the community;

4. The respondent shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing; and

5. The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge